IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHANIE SCHARTZ,

   Plaintiff,       No. CIV S-06-1834 KJM

   vs.

JO ANNE B. BARNHART,    <u>ORDER TO SHOW CAUSE</u>
Commissioner of
Social Security,

   Defendant.

_____/

   The parties were directed to return to the Clerk, within 90 days from the date this action was filed, the form titled "Consent to Assignment or Request for Reassignment." The time has passed, and plaintiff failed to return the form.

   Accordingly, IT IS HEREBY ORDERED that:

   1. Within 10 days from the date this order is filed, plaintiff is directed to SHOW CAUSE why the form was not timely returned to the Clerk.

   2. The Clerk of Court is directed to send plaintiff a copy of the consent form used in this district for social security cases.

DATED: December 20, 2006.

_____
U.S. MAGISTRATE JUDGE

006 schartz.osc