McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DEBORAH LEE STACHEL
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone:  (415) 977-8943
Facsimile:  (415) 744-0134
E-Mail: Deborah.Stachel@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| STEPHANIE SCHARTZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LINDA S. McMAHON[1], ) <br> Acting Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____) | CIVIL NO. 2:06-CV-01834-KJM <br><br> STIPULATION AND ORDER OF VOLUNTARY REMAND AND DISMISSAL OF CASE, WITH DIRECTIONS TO CLERK TO ENTER JUDGMENT |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Upon remand, an administrative law judge will be directed to:

1.   Update the medical record with existing evidence, including medical source statements

---

[1] On January 20, 2007, Linda S. McMahon became the Acting Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Linda S. McMahon should be substituted, therefore, for Commissioner Jo Anne B. Barnhart as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

from Plaintiff's treating sources, in order to clarify the severity of Plaintiff's impairments;

     2.     Evaluate the medical evidence of lead toxicity;

     3.     Evaluate the evidence of chronic fatigue syndrome pursuant to Social Security Ruling (SSR) 99-2p;

     4.     Reevaluate and weigh the opinions of the treating sources, including that of Dr. Bannister, in accordance with SSR 96-5p;

     5.     If available, obtain the state disability decision and consider it as required by SSR 06-3p;

     6.     Reevaluate Plaintiff's credibility pursuant to SSR 96-7p; and

     7.     Reevaluate Plaintiff's residual functional capacity.

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

                             Respectfully submitted,

Dated: February 5, 2007         /s/ Stephanie Schartz
                                     (As authorized via *facsimile)
                                     STEPHANIE SCHARTZ
                                     Plaintiff PRO SE

Dated: February 5, 2007         McGREGOR W. SCOTT
                                     United States Attorney
                                     LUCILLE GONZALES MEIS
                                     Regional Chief Counsel, Region IX
                                     Social Security Administration

                                     /s/ Deborah Lee Stachel
                                     DEBORAH LEE STACHEL
                                     Special Assistant U.S. Attorney

                                     Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: February 14, 2007.

                                     U.S. MAGISTRATE JUDGE