McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DEBORAH LEE STACHEL
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone:  (415) 977-8943
   Facsimile:  (415) 744-0134
   E-Mail: Deborah.Stachel@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| STEPHANIE SCHARTZ,<br><br>    Plaintiff,<br><br>        v.<br><br>LINDA S. McMAHON,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:06-CV-01834-KJM<br><br>STIPULATION AND ORDER RESOLVING COSTS PURSUANT TO 28 U.S.C. §§ 1914, 1920 |

    IT IS HEREBY STIPULATED by the parties, Plaintiff pro se and the undersigned attorney for defendant, and with the approval of the Court as provided below, that Plaintiff's Bill of Costs previously filed on March 13, 2007 shall be resolved as follows:

    1. The Bill of Costs filed with the Clerk on March 13, 2007 shall be deemed withdrawn.

    2. The parties agree to payment of costs pursuant to 28 U.S.C. §§ 1914 and 1920 in the amount of FOUR HUNDRED, SEVENTY AND 25/100 DOLLARS ($470.25).  Costs shall be payable to Plaintiff, pro se, at the address on record with the Court.

    3. No further costs shall be sought from the Court in this litigation.

This agreement shall constitute the full and final resolution of all fees and costs for the instant litigation.

                                    Respectfully submitted,

Dated: March 23, 2007                /s/ Stephanie Schartz
                                    (As authorized via facsimile)
                                    STEPHANIE SCHARTZ
                                    Plaintiff PRO SE

Dated: March 23, 2007                McGREGOR W. SCOTT
                                    United States Attorney
                                    LUCILLE GONZALES MEIS
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                                    /s/ Deborah Lee Stachel
                                    DEBORAH LEE STACHEL
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: March 26, 2007.

_____
U.S. MAGISTRATE JUDGE